IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD A. NEWELL,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　Case No. 12-cv-432-bbc

JUDY P. SMITH, Warden,
Oshkosh Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Donald A. Newell for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 6/5/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |